**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Hartford Underwriters Insurance Co.<br>v.<br>W management, Inc., a N.J. corporation, and<br>Daniel Waldman, individually | Case Number:<br>FILED: JUNE 6, 2008<br>08CV3283<br>JUDGE SHADUR<br>MAGISTRATE JUDGE NOLAN<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hartford Underwriters Insurance Co.

| |
|---|
| NAME (Type or print)<br>Richard T. Valentino |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Richard T. Valentino |
| FIRM<br>SmithAmundsen LLC |
| STREET ADDRESS<br>150 N. Michigan Ave., #3300 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6188317 | TELEPHONE NUMBER<br>312-894-3392 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐