IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HARTFORD UNDERWRITERS       )
INSURANCE COMPANY,          )
                            )
            Plaintiff,      )
                            )
    v.                      )    No.  08 C 3283
                            )
W MANAGEMENT, INC., et al., )
                            )
            Defendants.     )

MEMORANDUM ORDER

Hartford Underwriters Insurance Company ("Hartford") has just filed a declaratory judgment action against W Management, Inc. ("W Management") and its president Daniel Waldman ("Waldman"). With the case having been assigned to this Court's calendar, it issues this sua sponte memorandum order to require counsel for the litigants to appear for an extraordinarily early status hearing.

In brief, Hartford has issued a Workers Compensation/ Employer's Liability policy to W Management, with the policy coverage expressly limited to the New Jersey Workers Compensation Law (coverage in all other states is just as expressly excluded). Although Waldman has already received benefits under Hartford's policy pursuant to the terms of the New Jersey statute (Complaint ¶18), he has also launched a claim under the Illinois Workers Compensation Law (the incident that gave rise to the claim occurred on May 21, 2004, when Waldman--then a pedestrian here in Chicago--was struck by a motor vehicle.

Although this Court of course knows better than to arrive at any ultimate judgment based on a one-sided presentation, the unambiguous nature of the Hartford policy (attached as an exhibit to the Complaint) appears to call for an early conference to enable this Court to see whether there is more to W Management's claim than meets the eye. Accordingly counsel for the parties are ordered to appear for a status hearing at 9 a.m. June 16, 2008 to discuss the basis for, and the posture of, W Management's claim under the Hartford policy.

_____
Milton I. Shadur
Senior United States District Judge

Date:  June 9, 2008