Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3283 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Hartford Underwriters Insurance Co. Vs. W. Management, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Judgment in a Civil Case. It is hereby ordered that judgment is entered in favor of Hartford Underwriters Insurance Co. and against W. Management, Inc. And Daniel Waldman.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|