3006724-RTV

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY, a Connecticut Corporation<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>W MANAGEMENT, INC., a N.J. corporation, and DANIEL WALDMAN, individually,<br><br>　　　　　　Defendants. | Case No:　　08 CV 3283<br><br>Judge Shadur<br><br>Magistrate Nolan |

## JUDGMENT IN A CIVIL CASE

THIS CAUSE COMING ON FOR status hearing with counsel for the parties being present in open court;

IT IS HEREBY ORDERED: Judgment is entered in favor of Hartford Underwriters Insurance Company and against W Management, Inc. and Daniel Waldman. The court finds and declares that Hartford Underwriters Insurance Company owes no duty to defend or duty to indemnify W Management, Inc. with respect to the Application for Adjustment of Claim filed against W Management, Inc. by Daniel Waldman in the Illinois Workers Compensation Commission, Case No. 04 WC 59623, arising from the injuries that Daniel Waldman claims to have sustained in Chicago, Illinois on May 21, 2004. The court finds and declares that Daniel Waldman is entitled to no right, title or interest in the Hartford Underwriters Insurance Company policy that is the subject of this case as a judgment creditor of W Management, Inc. with respect to recovery, if any he makes, in connection with the aforesaid Application for Adjustment of Claim or under the Illinois Workers Compensation Law with respect to the injuries he claims to have sustained on May 21, 2004. This judgment in no way affects any rights or remedies available to Daniel Waldman under the New Jersey Workers Compensation Act nor does it constitute an adjudication of coverage for W Management, Inc. under the Hartford Underwriters Insurance Company policy with respect to any such rights or remedies.

Enter:

June 19, 2008　　　　　_____
　　　　　　　　　　　Judge　　　　　　　　　Date